```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DERRICK MOULTRIE,                   :
                                    :
              Petitioner,           :
                                    :      06 Civ. 5419 (JSR)
         -v-                        :
                                    :            ORDER
LUIS R. MARSHALL, Superintendent,   :
Wallkill Correctional Facility,     :
                                    :
              Respondent.           x
------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/09

JED S. RAKOFF, U.S.D.J.

By letter dated July 20, 2009, pro se petitioner Derrick Moultrie seeks leave from the Court to file an objection out of time to the Report and Recommendation issued by the Honorable Henry B. Pitman, United States Magistrate Judge on June 3, 2009. The Court hereby grants the request and the petitioner's objection must now be filed no later than August 18, 2009.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 29, 2009